IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

In re: The Matter Of JEREMY GLISPIE,  )
                                                               )   CIVIL NO. 05-921-GPM
         Petitioner.            )

## ORDER OF DISMISSAL

**MURPHY, Chief District Judge:**

On January 18, 2006, this Court ordered Petitioner to file a jurisdictional memorandum setting forth the basis for this Court's subject matter jurisdiction on or before January 27, 2006. (*See* Doc. 3.) As of today's date, nothing has been filed.

Petitioner has failed to present competent proof that this Court has subject matter jurisdiction. Accordingly, this action is **DISMISSED** for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

DATED: 02/07/06

                                                      s/ G. Patrick Murphy
                                                      G. PATRICK MURPHY
                                                      Chief United States District Judge